# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGEL GONZALEZ-DIAZ** | : | |
| Petitioner, | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 20-282 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 13th day of July 2022, upon consideration of Petitioner's Motion to Vacate Pursuant to 28 U.S.C. § 2255" (ECF No. 19), the Government's Response (ECF No. 22), and Petitioner's Reply Brief (ECF No. 23), **IT IS HEREBY ORDERED AND DECREED** that:

1. Petitioner's Motion (ECF No. 19) is **DENIED**; and

2. Petitioner has neither demonstrated that any reasonable jurist could find this Court's ruling debatable nor shown denial of any federal constitutional right; hence, there is no probable cause to issue a certificate of appealability.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum dated July 13, 2022.